IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:07cr265-SRW |
| | ) | [18 USC 1383; Code of Ala. 13A-7-4] |
| V. | ) | |
| | ) | |
| DALORES KAY DEJESUS | ) | INFORMATION |

The United States Attorney charges that:

On or about the 25th of October 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, DALORES KAY DEJESUS did knowingly enter a school bus unlawfully after being informed not to do so on the Fort Rucker installation, in violation of Title 18, Section 1382, United States Code and Title 13A, Section 7-4, Code of Alabama 1998.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

JENNIFER C. R. CLARK
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 68498
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

STATE OF ALABAMA            )
                            )   AFFIDAVIT
DALE COUNTY                 )

The undersigned, being first duly sworn, deposes and says:

I am a Military Police Patrol Officer at Fort Rucker, Alabama. Investigation revealed that on October 25, 2006, DALORES KAY DEJESUS, wrongfully entered a school bus from the Enterprise, AL School District. The school bus number, #56-06, was stopped at the intersection of Artillery Road and Epps Street. DEJESUS attempted unauthorized entry in locating her daughter who should have been on the bus. The bus driver made several attempts to discourage DEJESUS from entering the bus to no avail. During this incident, it was discovered that DEJESUS' daughter had exited the school bus on a previous bus stop. DEJESUS rendered a sworn written statement regarding the offense.

DANIEL A GONZALEZ, PFC, U.S. ARMY

Subscribed and sworn (or affirmed) before me this the __01__ day of __October__ 2007.


NOTARY PUBLIC
My commission expires: