IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) PO. NO 1:07po265 |
| V. | ) |
| | ) |
| | ) |
| DALORES KAY DEJESUS | ) |

**MOTION FOR LEAVE TO DISMISS INFORMATION**

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to dismiss the Information heretofore filed in the above-styled cause as to DALORES KAY DEJESUS on the following grounds, to wit: In the interests of justice.

Respectfully submitted this the 12th day of February, 2008.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Nathan T. Golden
NATHAN T. GOLDEN
Special Assistant United States Attorney
Soldier Service Center, Bldg.5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
Email: nathan.golden@conus.army.mil
Virginia Bar number 48323

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | PO. NO 1:07po265 |
| V.              ) | |
| ) | |
| ) | |
| DALORES KAY DEJESUS    ) | |

### ORDER

Upon consideration of the Motion for Leave to Dismiss Information heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of _____ 2008.


_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | PO. NO 1:07po265 |
| V. ) | |
| ) | |
| ) | |
| DALORES KAY DEJESUS ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on February 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Bethel, Attorney for Dalores Kay Dejesus, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Dalores Kay Dejesus, 62 Sheridan Street, Fort Rucker, Alabama 36362.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Nathan T. Golden
    NATHAN T. GOLDEN
    Special Assistant United States Attorney
    Soldier Service Center, Bldg.5700
    Fort Rucker, Alabama 36362
    Telephone: (334) 255-9141
    Fax: (334) 255-1869
    Email: nathan.golden@conus.army.mil
    Virginia Bar number 48323