IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | PO. NO 1:07po265 |
| V. | ) | |
| | ) | |
| | ) | |
| DALORES KAY DEJESUS | ) | |

### MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to dismiss the Information heretofore filed in the above-styled cause as to DALORES KAY DEJESUS on the following grounds, to wit: In the interests of justice.

Respectfully submitted this the 12th day of February, 2008.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Nathan T. Golden
NATHAN T. GOLDEN
Special Assistant United States Attorney
Soldier Service Center, Bldg.5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
Email: nathan.golden@conus.army.mil
Virginia Bar number 48323

**MOTION GRANTED**

THIS 12/12 DAY OF February, 20 08

UNITED STATES MAGISTRATE JUDGE